**DISMISS and Opinion Filed September 3, 2020**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

_____

## No. 05-20-00584-CV
_____

### MIIDDLE INC., Appellant
### V.
### PULSAR, INC., KEITH LILJESTRAND, INDIVIDUALLY, CRAIG NEALY, INDIVIDUALLY, AND D/B/A GLOBAL CHANNEL SALES, CRISTINA FRIERI DEL CASTILLO, AND EFO MANAGEMENT, LLC, Appellees

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-07303**

## MEMORANDUM OPINION
Before Justices Whitehill, Pedersen, III, and Reichek
Opinion by Justice Reichek

Before the Court is appellees' August 21, 2020 motion to dismiss this appeal for want of prosecution. Our records show that the filing fee, docketing statement, and the clerk's record in this case are past due. By postcard dated June 5, 2020, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated June 5, 2020, we informed appellant the docketing statement in this case was due. We cautioned

appellant that failure to file the docketing statement within ten days might result in the dismissal of this appeal without further notice.  By letter dated July 10, 2020, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record.  We directed appellant to provide, within ten days, (1) verification of payment or arrangements to pay for the clerk's record, or (2) written documentation that appellant had been found entitled to proceed without payment of costs.  We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice.  To date, appellant has not paid the filing fee, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we grant appellees' motion and we dismiss this appeal.  See TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE


200584F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

MIIDDLE INC., Appellant

No. 05-20-00584-CV     V.

PULSAR, INC., KEITH
LILJESTRAND, INDIVIDUALLY,
CRAIG NEALY, INDIVIDUALLY,
AND D/B/A GLOBAL CHANNEL
SALES, CRISTINA FRIERI DEL
CASTILLO, AND EFO
MANAGEMENT, LLC, Appellee

On Appeal from the 116th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-18-07303.
Opinion delivered by Justice
Reichek. Justices Whitehill and
Pedersen, III participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

It is **ORDERED** that appellees PULSAR, INC., KEITH LILJESTRAND,
INDIVIDUALLY, CRAIG NEALY, INDIVIDUALLY, AND D/B/A GLOBAL
CHANNEL SALES, CRISTINA FRIERI DEL CASTILLO, AND EFO
MANAGEMENT, LLC recover their costs of this appeal from appellant MIIDDLE
INC..

Judgment entered September 3, 2020